UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 14-3660-PLA                                                                                      Date July 1, 2014

Title: Life Alert Emergency Response, Inc. v. AlertOne Services, LLC

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS         ☐ U.S. DISTRICT JUDGE
                                                ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**  
NONE

**PROCEEDINGS:**     **(IN CHAMBERS)**

On June 27, 2014, defendant AlertOne Services, LLC filed an Answer and Couterclaim.  Neither plaintiff nor defendant has filed a Statement of Consent under the Direct Assignment of Civil Cases to Magistrate Judges Program.  Prompt filing of the Statement of Consent would allow the Court to determine whether the matter needs to be reassigned to a District Judge, which in turn would allow the parties to proceed toward a resolution of the action.  In any event, it appears that plaintiff may be in violation of Local Rule 73-2.2 in not filing a proof of service of the summons and complaint within 10 days of service.

Accordingly, **no later than July 8, 2014**, plaintiff is ordered to show cause why this action should not be dismissed for failure to follow the Local Rules.  Filing of the proof of service by July 8, 2014, shall be deemed compliance with this Order.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk ____ch____